## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

McCafferty Hyundai Sales, Inc. :
and The Kenneth F. Plunto :
Family Trust, :
   Appellants :
     :
   v. : No. 88 C.D. 2022
     :
Middletown Township Zoning Hearing :
Board and Middletown Township and :
Premier Media, LLC :

**PER CURIAM**     **O R D E R**


NOW, November 2, 2023, having considered Appellee Premier Media, LLC's application for reconsideration/reargument and Appellants' answer in response thereto, the application is DENIED.